U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2008 MAR 17 AM 10:29

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 1:08CR24
)
JOSHUA SWINGER and ) USDC of DE
ANDREW TAKATS, ) Case No.: 08-59-M
Defendants )

## INDICTMENT

The Grand Jury charges:

On or about February 21, 2008, in the District of Vermont, the defendants, JOSHUA SWINGER and ANDREW TAKATS, by intimidation did take from the person or presence of another money, namely approximately $2,298 in United States currency, belonging to and in the care, custody, control, management, and possession of RBS Citizens, NA, d/b/a, Citizen's Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

(18 U.S.C. §§ 2, 2113(a))

A TRUE BILL

_____ for
THOMAS D. ANDERSON
United States Attorney

Rutland, Vermont
March 12, 2008

```
                                                        U.S. DISTRICT COURT
                                                        DISTRICT OF VERMONT
                    UNITED STATES DISTRICT COURT              FILED
                              FOR THE
                       DISTRICT OF VERMONT              2008 MAR 17  AM 10:29

                                                        BY_____
                                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA          )
                                  )
    v.                              )   Criminal No. 1:08-CR-24
                                  )
JOSHUA SWINGER and                )
ANDREW TAKATS,                    )
    Defendants                      )

## ORDER

This matter having been presented to the Court by the United States of America, and the Court having considered said motion and with good cause shown, it is hereby

ORDERED, that the Indictment, Arrest Warrant, Motion to Seal Indictment and Arrest Warrant, this Order, and the docket sheet are hereby sealed, except insofar as necessary to effect the arrests.

Dated at Burlington, in the District of Vermont, this 17 day of March, 2008.

_____
WILLIAM K. SESSIONS, III
U.S. District Judge

TOTAL P.04