*Duplicate*

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

Lockbox18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

March 20th, 2008

Clerk of the District of Vermont
U.S. District Court
P.O. Box 945
Burlington, VT 05402-0945

**RECEIVED**
BURLINGTON, VT
MAR 26 2008
CLERK'S OFFICE
U.S. DISTRICT COURT

**RE:   USA v. ANDREW TAKATS - USDC of DE Case No: 08-59-M**
       **District of VT Case No: 1:08CR24**

Dear Clerk:

Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

Ronald Golden
Deputy Clerk

/rpg
enclosure

I hereby acknowledge receipt of the record in the above
referenced case on _____.
                              Date

_____
                       Signature

_____
                        Title